

FILED

02/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0270

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0270

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JOR-EL RUBEN QUIROZ,

    Defendant and Appellant.

FILED

FEB 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Jor-el Quiroz petitions this Court for rehearing of the January 25, 2022 Opinion, reversing the decision of the First Judicial District Court in part, affirming in part, and remanding. Quiroz contends that a petition for rehearing is warranted, pursuant to M. R. App. P. 20(1)(a)(ii), on the ground that the Court did not address the issue of whether or not Quiroz is entitled to 448 days credit for time served. The State conceded this issue on appeal and accordingly does not object to Quiroz's petition for rehearing.

IT IS ORDERED that Quiroz's Petition for Rehearing is GRANTED. On remand, the District Court shall enter an Amended Judgment in Cause No. DDC 2018-464, awarding Quiroz credit for 448 days of time served.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Honorable Christopher D. Abbott, First Judicial District; to Angie Sparks, Clerk of District Court, Lewis and Clark County, under Cause No. DDC 2018-464; and to counsel of record.

DATED this 1st day of February, 2022.

_____
Chief Justice

_____

_(signatures)_

Justices